Núm. 8321.—Del Campo, apldo. *v.* Veve, aplte.—C. D. Humacao.
Marzo 11, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada solicita la desestimación del presente recurso de apelación interpuesto contra sentencia de la Corte de Distrito de Humacao dictada el tres de enero de 1941 confirmando la resolución del Alcalde de Yabucoa separando definitivamente al doctor Miguel Veve de su puesto de médico a cargo de la higiene escolar del municipio, por no ser apelable la sentencia recurrida; y

Por cuanto, la ley aplicable es la que sigue:

"Los funcionarios administrativos y empleados municipales sólo podrán ser removidos de sus puestos por el alcalde, y de esta decisión podrán apelar en un solo efecto, el funcionario o empleado perjudicado para ante la corte de distrito correspondiente, la cual deberá considerar y resolver las cuestiones de hecho y derecho envueltas en la apelación dentro de un plazo no mayor de treinta días desde la radicación de la demanda en apelación, *y de la sentencia que dictare la corte de distrito resolviendo las cuestiones planteadas, no podrá apelar ninguna de las partes.*" (Itálicas nuestras.) Párrafo sexto del art. 29 de la Ley Estableciendo un Sistema de Gobierno Local de 1928, tal como quedó enmendado por la ley núm. 98 de 1931, páginas 595 y 613.

Por tanto, habiendo dispuesto expresamente el legislador que contra sentencias dictadas en casos como éste, ninguna de las partes podrá apelar, se declara con lugar la moción y en su consecuencia se desestima, por falta de jurisdicción, el recurso.